**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

HON. BEVERLEY NETTLES-NICKERSON,

    Plaintiff,

                        CASE NO. 07-CV-11886

-vs-

                        PAUL D. BORMAN
PAUL FISCHER,              UNITED STATES DISTRICT JUDGE
*in his official capacity as Executive Director*
*of the Michigan Judicial Tenure Committee*

    Defendant.
_____ /

## ORDER REGARDING TRANSCRIPTS

A hearing was held on January 23, 2007, on Defendant Paul Fischer's Motion to Dismiss Plaintiff Beverley Nettles-Nickerson's Complaint. During this hearing Plaintiff's counsel requested that the Court take into consideration certain proffered affidavits pertaining to a JTC hearing. The Court asked Plaintiff's counsel to file the entire JTC hearing transcript. However, in the interest of efficiency, the Court orders counsel to file only pertinent portions of the transcript which relate to allegations regarding Plaintiff's attorney Phillip Thomas' initial assertion that he would not assert constitutional claims, and his later attempt to assert constitutional claims.

    **SO ORDERED.**

                                          s/Paul D. Borman
                                          PAUL D. BORMAN
                                          UNITED STATES DISTRICT JUDGE

Dated: January 24, 2008

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on January 24, 2008.

                                              s/Denise Goodine
                                              Case Manager