UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HON. BEVERLEY NETTLES-NICKERSON,   Case No. 2:07-cv-11886

    Plaintiff,   Hon. Paul D. Borman
v   Referral Judge Mona K. Majzoub

PAUL J. FISCHER, in his official capacity as
Executive Director of the Michigan Judicial Tenure
Commission,

    Defendant.
_____/

Dennis B. Dubuc (P67316)
Attorney for Plaintiff
Essex Park Law Office, P.C.
12618 10 Mile Road
South Lyon, MI  48178
248-486-5508

Brenda E. Turner  (P24705)
Michigan Department of Attorney General
Attorney for Defendant
P.O. Box 30736
Lansing, MI 48909-8236
517-335-3922
_____/

**DEFENDANT PAUL J. FISCHER'S RESPONSE TO
PLAINTIFF'S SUPPLEMENT OF
AFFIDAVITS AND TRANSCRIPT EXCERPTS CONCERNING
DUE PROCESS AND ABSTENTION**

    NOW COMES Defendant Paul J. Fischer and states the following in response to

Plaintiff's supplement of affidavits and transcript excerpts concerning due process and

abstention:

    1.  On January 23, 2008 the Court heard arguments on Defendant's Motion to Dismiss.

The Complaint here asserted violation of Plaintiff's First Amendment right to expose bias and

1

racism by a fellow Ingham County Circuit Judge and sought injunctive and declaratory relief relative to the Judicial Tenure Commission (JTC) investigation of Plaintiff.

2. By January 23, 2008 the JTC investigation had culminated in a formal complaint, proofs were completed before the Master, and a report from the Master is due February 15, 2008 with the JTC public hearing set for March 10, 2008.  Michigan Supreme Court review and action will follow.

3. Defendant argued that mootness and ongoing state judicial proceedings constituted grounds for this Court to dismiss.

4. Plaintiff asked the Court to take Defendant's motion under advisement in order to amend the Complaint for consideration of alleged federal due process violations relative to the JTC proceedings, to-wit:  failure of the JTC to negotiate a settlement with Plaintiff (Plaintiff's Supplement, Exhibit B, pp 3-6); improper service of process of the JTC complaint and petition for interim suspension (Plaintiff's Supplement, Exhibit B, pp 7-9 and Exhibit C); and failure of the JTC Master to allow proffered evidence of discrimination to other persons by Judge Collette (Plaintiff's Supplement, Exhibit B, pp 9-12).

5. Plaintiff further argued that while her JTC counsel initially indicated in opening statement that there would be no assertion of any federal constitutional claims (Plaintiff's Supplement, Exhibit A, JTC Tr p 56), counsel changed his mind but the JTC Master disallowed any such proofs.  Later in closing remarks here after consultation with Plaintiff, federal counsel made some unclear statement about constitutional claims in the state proceedings.  Now in her Supplement Plaintiff seems to indicate that there never an intent or attempt to argue federal constitutional claims as "[t]his was done to avoid any Rooker Feldman problems at a later date."

6. Defendant submits that Plaintiff's calculated strategy to forego presentation of federal constitutional claims in state judicial proceedings does not provide her with a second forum here to litigate these claims. (See Defendant's Motion to Dismiss discussion of abstention, pp 6-12 and Defendant's Supplement to Motion to Dismiss discussion of forum shopping, judicial efficiency, and preclusion regarding Plaintiff's proposed withholding of federal constitutional claims, pp 2-3).

7. Moreover, the state judicial proceedings are ongoing and appellate review is available for evidentiary and procedural matters. Ample due process safeguards are provided to Plaintiff in the state proceedings.

8. In summary, the arguments and documents presented by Plaintiff are subject to factual and legal dispute and are insufficient to overcome the compelling grounds stated for dismissal.

WHEREFORE, Defendant asks this Court to grant his Motion to Dismiss and dismiss the Complaint with prejudice.

Respectfully submitted,

Michael A. Cox
Attorney General

*s/Brenda E. Turner*
Attorney for Defendant
Michigan Department of Attorney General
P.O. Box 30736
Lansing, MI 48909-8236
Dated:                                                       (517) 335-3922
Primary e-mail: turnerbe@michigan.gov
(P24705)

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 30, 2008 I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing of the following: Defendant Paul J. Fischer's Motion to Dismiss.

*s/Brenda E. Turner*
Dept of Attorney General
P.O. Box 30736
Lansing, MI 48909-8236
(517) 335-3922
Primary e-mail:  turnerbe@michigan.gov
(P24705)