AO 450  (Rev. 7/99) Judgment in a Civil Case          **CLOSED** 2/11/08

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

HON. BEVERLEY NETTLES-NICKERSON,　　　　　　JUDGMENT IN A CIVIL CASE

　　　　　　　　　　Plaintiff,　　　　　　　　　Case Number: 07-11886

v.　　　　　　　　　　　　　　　　　　　　　　Honorable PAUL D. BORMAN

PAUL FISCHER,

　　　　　　　　　　Defendant.
_____/

■  **Decision by Court.**  This action came to hearing before the Court.  The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that defendant's motion is **GRANTED** and the case **DISMISSED.**

Date   2/11/08　　　　　　　　　　　　　　　David Weaver, Clerk of Court

　　　　　　　　　　　　　　　　　　　　　　**s/Denise Goodine**
　　　　　　　　　　　　　　　　　　　　　　**Deputy Clerk**